# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| LARRY ROARK, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-18-1158-SLP |
| ANDREW SAUL,<br>Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Bernard M. Jones entered August 27, 2019 [Doc. No. 20]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED this 17th day of September, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE